IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, CALIFORNIA,<br><br>    Defendant. | No. 2:21-CV-1780-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.


Dated:  October 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE